STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. CALVIN DE FILIPPIS, DEFENDANT-RESPONDENT.

On petition for certification to Union County Court.

See same case below: 15 *N. J. Super.* 7.

*Mr. H. Russell Morss, Jr.,* and *Mr. Edward Cohn* for the petitioner.

*Mr. Albert L. Kessler* for the respondent.

June 16, 1952.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. UNITED STATES STEEL COMPANY, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Chancery Division.

See same case below: 19 *N. J. Super.* 274.

*Messrs. Stryker, Tams & Horner* for the petitioner.

*Mr. Theodore D. Parsons,* Attorney-General, and *Mr. George M. Eichler,* for the respondent.

June 16, 1952.   Granted.